# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: * | |
| NAHIR DEL C GUZMAN MARTINEZ * | CASE NO: **07-06280 MCF** |
| * | |
| * | CHAPTER: 13 |
| DEBTOR (S) * | |

*******************************************

## MOTION SUBMITTING AMENDED SCHEDULES I AND J

**TO THE HONORABLE COURT:**

**COMES NOW DEBTOR**, through the undersigned counsel and respectfully to the Honorable Court states and prays as follows:

a) Debtor hereby submits amended Schedules I and J <u>disclosing her current monthly income from retirement pension and family assistance and her household expenses, in support of the post confirmation modified plan dated May 6, 2011.</u>

**WHEREFORE**, debtor is hereby requesting from the Honorable Court to take notice of the aforementioned amendments to schedules.

**CERTIFICATE OF SERVICE:** It is hereby certified that on today's date copy of this Motion *along with the amended document s were filed via CM/ECF System which will send notification of such filing to all registered parties and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECM participants as per master address list.*

Respectfully submitted in San Juan, Puerto Rico, this May 6, 2011.

/s/MADELINE SOTO PACHECO
MADELINE SOTO PACHECO, ESQ.
*Attorney for debtor(s): Nahir del C Guzman Martinez*
USDC 207910
LUBE & SOTO LAW OFFICES
1130 AVE. F. D. ROOSEVELT
SAN JUAN, PR 00920-2906
TEL.: (787) 722-0909  - FAX:  (787) 977-1709
E-mail:  lubeysoto@yahoo.com

IN RE **GUZMAN MARTINEZ, NAHIR DEL C.** Case No. **07-06280 BKT**
Debtor(s) (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **RETIRED/PENSIONED** | |
| Name of Employer | **SISTEMA RETIRO DE MAESTROS** | |
| How long employed | **2 months** | |
| Address of Employer | **PO BOX 191879** | |
| | **SAN JUAN, PR  00919-1879** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 643.37 | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 643.37 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) **RETIREMENT LOAN (MAT. 9/2012)** | $ 197.78 | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 197.78 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 445.59 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) **PRO RATED XMAS BONUS ($600.00/ NET $520.00)** | $ 44.00 | $ |
| **DEBTOR'S SISTER ECONOMIC CONTRIBUTION** | $ 200.00 | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 244.00 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 689.59 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) $ **689.59**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**NONE**

B6J (Official Form 6J) (12/07)

IN RE GUZMAN MARTINEZ, NAHIR DEL C.                                    Case No. **07-06280 BKT**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)　　　　　　　　　　$ _____
　　a. Are real estate taxes included?　Yes ____　No ✓
　　b. Is property insurance included?　Yes ____　No ✓
2. Utilities:
　　a. Electricity and heating fuel　　　　　　　　　　　　　　　　　　　　　　　　　　　$ **32.55**
　　b. Water and sewer　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ **19.71**
　　c. Telephone　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ **15.00**
　　d. Other _____　　　　　　　　　　　　　　　　　$ _____
　　　　_____　　　　　　　　　　　　　　　$ _____
3. Home maintenance (repairs and upkeep)　　　　　　　　　　　　　　　　　　　　　　　　$ **25.00**
4. Food　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ **250.00**
5. Clothing　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ **25.00**
6. Laundry and dry cleaning　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____
7. Medical and dental expenses　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ **50.00**
8. Transportation (not including car payments)　　　　　　　　　　　　　　　　　　　　　　$ **44.00**
9. Recreation, clubs and entertainment, newspapers, magazines, etc.　　　　　　　　　　　　　$ **20.00**
10. Charitable contributions　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
　　a. Homeowner's or renter's　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____
　　b. Life　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____
　　c. Health　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____
　　d. Auto　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____
　　e. Other _____　　　　　　　　　　　　　　　　　$ _____
　　　　_____　　　　　　　　　　　　　　　$ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
　　(Specify) _____　　　　　　　　　　　　　　　$ _____
　　_____　　　　　　　　　　　　　　　$ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
　　a. Auto　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____
　　b. Other _____　　　　　　　　　　　　　　　　　$ _____
　　　　_____　　　　　　　　　　　　　　　$ _____
14. Alimony, maintenance, and support paid to others　　　　　　　　　　　　　　　　　　　　$ _____
15. Payments for support of additional dependents not living at your home　　　　　　　　　　　$ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)　$ _____
17. Other　**CAR QUARTERLY TUNE UPS AND MAINTENANCE($100.00 P/Y)**　　　　　　　　$ **8.33**
　　_____　　　　　　　　　　　　　　　$ _____
　　_____　　　　　　　　　　　　　　　$ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.　　　　　　　　$ **489.59**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**NONE**

**20. STATEMENT OF MONTHLY NET INCOME**
　　a. Average monthly income from Line 15 of Schedule I　　　　　　　　　　　　　　　　　$ **689.59**
　　b. Average monthly expenses from Line 18 above　　　　　　　　　　　　　　　　　　　$ **489.59**
　　c. Monthly net income (a. minus b.)　　　　　　　　　　　　　　　　　　　　　　　　　$ **200.00**

IN RE **GUZMAN MARTINEZ, NAHIR DEL C.**      Case No. **07-06280 BKT**
                                      Debtor(s)                                       (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**14**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 6, 2011**     Signature: ***/s/ NAHIR DEL C. GUZMAN MARTINEZ***
                                                **NAHIR DEL C. GUZMAN MARTINEZ**    Debtor

Date: _____     Signature: _____
                                                (Joint Debtor, if any)
                                                [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                _____
                                                (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 07-06280-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Fri May  6 16:20:55 AST 2011 | COOP A/C BARRANQUITAS<br>PO BOX 686<br>BARRANQUITAS, PR 00794-0686 | COOP A/C BARRANQUITAS<br>JOSE ANGEL SANTINI BONILLA ESQ<br>PO BOX 552<br>AIBONITO, PR 00705-0552 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN, PR  00936-2708 |
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 366818<br>SAN JUAN, PR  00936-6818 | COOP A/C BARRANQUITAS<br>CREDICENTRO<br>APTDO. 686<br>BARRANQUITAS, PR 00794-0686 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-7999 |
| LA PIEDAD MEMORIAL PARK<br>CARR 501<br>KM 0.1<br>PONCE, PR  00732 | MONEY EXPRESS<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR  00908-0146 | MONEY EXPRESS<br>PO BOX 11890<br>SAN JUAN, PR 00922-1890 |
| SEARS<br>PO BOX 45129<br>JACKSONVILLE, FL 32232-5129 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MADELINE SOTO PACHECO<br>LUBE & SOTO LAW OFFICES, P.S.C.<br>1130 AVE F. D. ROOSEVELT<br>SAN JUAN, PR 00920-2906 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | NAHIR DEL C GUZMAN MARTINEZ<br>1762 CALLE DONCELLA<br>URB SAN ANTONIO<br>PONCE, PR 00728-1624 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                  16 |