# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

NAHIR DEL C.GUZMAN MARTINEZ

DEBTOR(S)

CASE NUM. 07-06280 MCF

CHAPTER 13

## DEBTOR'S MOTION TO INFORM

**TO THE HONORABLE COURT:**

**COME NOW**, Debtors through the undersigned counsel, and respectfully State and Pray as follows:

1. On May 10, 2011 debtor filed a post confirmation modified plan dated May 6, 2011 (PCM herein). In support of the PCM, debtor filed a motion explaining the need to modify her confirmed plan (**d.e. 26**).

2. As explained in the motion, debtor retired from her job, for which reason her monthly income decreased substantially. Schedule's I and J were amended in support thereof (**d.e. 27**).

3. Debtor's confirmed plan provided for a total base of $33,500.00 to cover a liquidation value of $27,000.00, that came from a "claim for breach of contract and torts against Wealthpools International" (Welthpools). However, after claim to this company was made as part of the judicial process in the case of Securities & Exchange Commission vs. Robert E. Lane, Wealth Pools Intnl, Inc. (Case no. 6:07-cv-1920-ORLI-22-KRS), debtor has received no disbursement, nor any are expected.

4. In light of this development, the liquidation value previously determined needs to be reevaluated. After this reevaluation, it will result no liquidation value on the case.

5. Debtor submitted to the Trustee via TEDFA all evidence and information related to her current income and expenses, and the status of the claim against Wealthpools, in support of the amended schedules and PCM. Refer to TEDFA transmittal receipts hereby included as Attachment I and II respectively.

6. The PCM provides for a total base of $23,825.00 to be distributed on a pro rata basis among all allowed unsecured claims.

7. A hearing to consider the approval of the PCM and Trustee's unfavorable report on its confirmation has been scheduled to be held on August 19, 2011 at 9:30 AM (**d.e. 30**).

8. Should the liquidation value of the case be reevaluated, and determined to be zero, the PCM could be confirmed without further notice and hearing, pursuant to notice given by debtor.

9. The PCM complies with all the requirements for confirmation pursuant to 11 USC §1325.

**WHEREFORE**, debtor respectfully requests from the Honorable Court to take notice of the above, and provide accordingly.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered creditors and parties in interest including the Chapter 13 Trustee, and I also certify that on this same date I have remitted the same by regular mail to all non CM/ECF participants as per the attached master address list.

Respectfully submitted, in San Juan, Puerto Rico, this May 20, 2011.

*/s/ Madeline Soto Pacheco*
MADELINE SOTO PACHECO, ESQ.
USDC 207910
LUBE & SOTO LAW OFFICES
Attorneys for debtor(s): *Nahir del C. Guzmán Martínez*
1130 FD ROOSEVELT AVE
SAN JUAN, PR  00920-2906
TEL.: 722-0909 FAX: 977-1709
E-MAIL: lubeysoto@yahoo.com

Label Matrix for local noticing
0104-3
Case 07-06280-MCF13
District of Puerto Rico
Old San Juan
Fri May 20 15:17:47 AST 2011

COOP A/C BARRANQUITAS
PO BOX 686
BARRANQUITAS, PR 00794-0686

COOP A/C BARRANQUITAS
JOSE ANGEL SANTINI BONILLA ESQ
PO BOX 552
AIBONITO, PR 00705-0552

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

BANCO POPULAR DE PUERTO RICO
PO BOX 366818
SAN JUAN, PR 00936-6818

COOP A/C BARRANQUITAS
CREDICENTRO
APTDO. 686
BARRANQUITAS, PR 00794-0686

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-7999

LA PIEDAD MEMORIAL PARK
CARR 501
KM 0.1
PONCE, PR 00732

MONEY EXPRESS
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN PR 00908-0146

MONEY EXPRESS
PO BOX 11890
SAN JUAN, PR 00922-1890

SEARS
PO BOX 45129
JACKSONVILLE, FL 32232-5129

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MADELINE SOTO PACHECO
LUBE & SOTO LAW OFFICES, P.S.C.
1130 AVE F. D. ROOSEVELT
SAN JUAN, PR 00920-2906

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

NAHIR DEL C GUZMAN MARTINEZ
1762 CALLE DONCELLA
URB SAN ANTONIO
PONCE, PR 00728-1624

End of Label Matrix
Mailable recipients    16
Bypassed recipients     0
Total                  16



# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

Home | Document Filing | Document History          Madeline Soto -- *Lube y Soto Law Office*  Sign out

1 of 1   Export to the selected format  Export



Trustee Electronic Document Filing Application (TEDFA)

| | |
|---|---|
| *Username:* | lubeysoto |
| *Case Number:* | 0706280 |
| *Debtor 1:* | NAHIR DEL C GUZMAN MARTINEZ |
| *Debtor 2:* | |
| *Lawyer:* | LUBE & SOTO LAW OFFICES PSC |
| *Atty. Firstname:* | Madeline |
| *Atty. Lastname:* | Soto |
| *Law Firm:* | Lube y Soto Law Office |
| *Document Type Filed:* | Income - Change Evidence |
| *Upload Date:* | 5/9/2011 12:00:00 AM |
| *Original File Name:* | UPDATE MONTHLY INCOME.pdf |

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

5/9/2011 11:36:15 AM



# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

 

Madeline Soto -- *Lube y Soto Law Office*  Sign out

Home | Document Filing | Document History

 of 1   Export to the selected format  Export

Trustee Electronic Document Filing Application (TEDFA)

| | | |
|---|---|---|
| *Username:* | lubeysoto | *Case Number:* 0706280 |
| *Debtor 1:* | NAHIR DEL C GUZMAN MARTINEZ | |
| *Debtor 2:* | | |
| *Lawyer:* | LUBE & SOTO LAW OFFICES PSC | |
| *Atty. Firstname:* | Madeline | |
| *Atty. Lastname:* | Soto | |
| *Law Firm:* | Lube y Soto Law Office | |
| *Document Type Filed:* | Payments - Evidence of Payments | |
| *Upload Date:* | 5/9/2011 12:00:00 AM | |
| *Original File Name:* | IN SUPPORT AMENDED SCH I AND J AND AMENDED PLAN.pdf | |

## IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

5/9/2011 11:43:15 AM